1      IN THE UNITED STATES DISTRICT COURT

2      FOR THE EASTERN DISTRICT OF CALIFORNIA

3      SACRAMENTO DIVISION

4

**ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja,**

2:24-cv-01709-JDP

[Proposed] **ORDER RE: LEAVE TO AMEND COMPLAINT**

Judge:         The Honorable Jeremy D. Peterson
Trial Date:    Not Set
Action Filed:  June 16, 2024

Plaintiff,

v.

**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO, a municipal corporation, JEFFREY MCCOMBER, an individual, JEFFREY LYNCH, an individual, LORI GRIFFIN, an individual, CSP Officer CAVANAUGH, CSP Officer NGUYEN, and DOES 1-50, inclusive in their official and personal/individual capacities,**

Defendants.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Court having found good cause and based upon the stipulation of the parties:

1. That Defendants provide their initial disclosures upon approval of the proposed joint protective order.

2. That Plaintiffs amend their Complaint on or before January 15, 2024.

3. That based on Plaintiffs' intention to file an amended complaint, the motion hearing on December 12, 2024 is vacated and Defendants' motion to dismiss, ECF No. 7, is denied as moot.

IT IS SO ORDERED.

Dated:   December 9, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE