UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO PANTOJA, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-1709-JDP (P)<br><br>ORDER TO SHOW CAUSE |

       On December 10, 2024, pursuant to the parties' stipulation, the court granted plaintiffs until January 15, 2025, to file an amended complaint and denied as moot defendants' motion to dismiss. ECF No. 18. On January 15, 2025, plaintiffs filed their second amended complaint. ECF No. 20. To date defendants have not filed a response. Accordingly, defendants are ordered to show cause, within fourteen days, why sanctions should not be imposed for their failure to timely file an answer to plaintiffs amended complaint. Defendants shall also file an answer to plaintiffs' amended complaint within fourteen days of the date of this order. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendants' default be entered.

IT IS SO ORDERED.

Dated:   March 3, 2025  

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE