UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMADO PANTOJA, *et al.*,

Plaintiffs,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,

Defendants.

Case No. 2:24-cv-1709-JDP (P)

ORDER

In light of the parties' stipulation, it is hereby ORDERED that:

1. Plaintiffs' second amended complaint, filed on January 16, 2025, ECF No. 20, is WITHDRAWN.
2. The Clerk of Court is directed to file on the docket a copy of plaintiffs' proposed third amended complaint, which is filed at ECF No. 24-2.
3. Once filed, this action will proceed on plaintiffs' third amended complaint.
4. Defendants shall file a responsive pleading to the third amended complaint within forty-five days from the date of this order.
5. Defendants' motion to modify the scheduling order, ECF No. 22, is DENIED as unnecessary.

IT IS SO ORDERED.

Dated: April 9, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE