IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja,**<br><br>                                   Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO, a municipal corporation, JEFFREY MCCOMBER, an individual, JEFFREY LYNCH, an individual, LORI GRIFFIN, an individual, CSP Officer CAVANAUGH, CSP Officer NGUYEN, and DOES 1-50, inclusive in their official and personal/individual capacities,**<br><br>                                   Defendants. | Case No. 2:24-cv-01709-JDP<br><br>[PROPOSED] ORDER RE: SECOND JOINT STIPULATION FOR LEAVE TO AMEND COMPLAINT |

The Court, having found good cause, and based upon the stipulation of the parties, hereby orders the following:

///

///

1

1. Plaintiffs shall file their Fourth Amended Complaint on or before June 30, 2025; and
2. Defendants shall file a responsive pleading in accordance with the Federal Rules of Civil Procedure within 30 days of the date of service of Plaintiff's Fourth Amended Complaint.

IT IS SO ORDERED.

Dated:  May 19, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Re: Second Joint Stipulation for Leave to Amend Complaint (2:24-cv-01709-JDP)