IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO, a municipal corporation, JEFFREY MCCOMBER, an individual, JEFFREY LYNCH, an individual, LORI GRIFFIN, an individual, CSP Officer CAVANAUGH, CSP Officer NGUYEN, and DOES 1-50, inclusive in their official and personal/individual capacities,**<br><br>Defendants. | Case No. 2:24-cv-1709-JDP<br><br>[**PROPOSED**] **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

/ / /

/ / /

1

Defendants requested an extension of time to file a responsive pleading. Plaintiff does not oppose the request. Good cause appearing, Defendants' request is **GRANTED**. Defendants must file a responsive pleading on or before August 29, 2025.

IT IS SO ORDERED.

Dated:   July 25, 2025                                      _____
                                                            JEREMY D. PETERSON
                                                            UNITED STATES MAGISTRATE JUDGE

2

[Proposed] Order Granting Defs.' Mot. for Admin. Relief Re: Ext. of Time to File Resp. Pleading (2:24-cv-01709-JDP)