IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO, a municipal corporation, JEFFREY MCCOMBER, an individual, JEFFREY LYNCH, an individual, LORI GRIFFIN, an individual, CSP Officer CAVANAUGH, CSP Officer NGUYEN, and DOES 1-50, inclusive in their official and personal/individual capacities,**<br><br>Defendants. | Case No. 2:24-cv-01709-JDP<br><br>**[PROPOSED]** ORDER RE: THIRD JOINT STIPULATION FOR LEAVE TO AMEND COMPLAINT AND TO STAY CASE FOR EARLY ADR |

The Court, having found good cause, and based upon the stipulation of the parties, hereby orders the following:

///

///

1. Plaintiffs will be permitted to amend their Complaint on or before September 30, 2025;
2. The Court will issue a summons to the Defendants named in Plaintiffs' amended Complaint;
3. Plaintiffs will be granted leave to serve the Defendants identified in the amended Complaint;
4. The matter will otherwise be stayed until January 15, 2026 to allow the parties to attend private mediation;
5. The Parties will file notice with the Court indicating the outcome of the mediation within 7 days of the mediation; and
6. If the Parties are unable to resolve the matter, Defendants will file a responsive pleading in accordance with the Federal Rules of Civil Procedure by February 15, 2026.

IT IS SO ORDERED.

Dated:   September 11, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE