UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMADO PANTOJA, *et al.*,  Plaintiffs,  v.  CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, *et al.*,  Defendants. | Case No. 2:24-cv-1709-JDP (P)  ORDER |

Pending are plaintiffs' motions to issue summons. ECF Nos. 33 & 37. Both are denied.

On August 20, 2025, plaintiffs requested the issuance of summons for the Fourth Amended Complaint. ECF No. 33. On August 29, 2025, the parties filed a stipulation asking that (1) plaintiffs be permitted to amend their complaint until September 30, 2025; (2) the court issue summons for defendants named in the amended complaint; (3) plaintiffs have an opportunity to serve defendants; and (4) this action be stayed until January 15, 2026. ECF No. 34. The court granted that stipulation. ECF No. 35. Then, on September 29, 2025, plaintiffs filed a Fifth Amended Complaint, ECF No. 36, and a request to issue summons, ECF No. 37. In light of

1

1  plaintiffs' Fifth Amended Complaint, plaintiffs' August 20, 2025 request to issue summons for
2  the Fourth Amended Complaint is denied as moot.
3      Plaintiffs' secondary request is denied for the following reasons.[1] The caption for the
4  Fifth Amended Complaint, ECF No. 36, includes defendants who are not listed as defendants in
5  the Fifth Amended Complaint. For example, the caption includes Kathleen Allison and Jeffery
6  Macomber as defendants, but they are not listed as defendants in the complaint. Second, the
7  proposed summons, ECF No. 37, includes defendants that are listed in the caption but not the
8  complaint. Third, the proposed summons includes parties that have already been served, for
9  example, CDCR and Jeffery Lynch. Fourth, the court will not direct the Clerk's Office to add
10 previously filed declarations to the Fifth Amended Complaint. Counsel is responsible for filing
11 his or her own documents.
12     Accordingly, it is hereby ORDERED that:
13     1. Plaintiffs' request for summons, ECF No. 33, is DENIED as moot.
14     2. Plaintiffs' request for summons, ECF No. 37, is DENIED.

IT IS SO ORDERED.

Dated:   October 23, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

---

[1] The undersigned's Courtroom Deputy contacted plaintiffs' counsel to notify her of the issues with the filing. Counsel acknowledged the issues but took no remedial action.

2