Rob Bonta, State Bar No. 202668
Attorney General of California
Lyndsay Crenshaw, State Bar No. 246743
Supervising Deputy Attorney General
Jacqueline Kallberg, State Bar No. 298886
Brittany Boiko, State Bar No. 328256
Deputies Attorney General
  600 West Broadway, Suite 1800
  San Diego, CA 92101
  Telephone: (619) 738-9060
  Fax: (916) 732-7920
  E-mail: Jacqueline.Kallberg@doj.ca.gov
        Brittany.Boiko@doj.ca.gov
*Attorneys for Defendants*
*J. Lynch, C. Cavanaugh, T. Nguyen, J. Macomber, and California Department of Corrections and Rehabilitation*

Emily E. Howe, State Bar No. 293964
LAW OFFICES OF EMILY E. HOWE
405 Via del Norte, Ste. B
La Jolla, CA 92037
Telephone: (619) 800-6605
Email: emh@howelaws.com
Attorney for Plaintiffs
*Estate of John Pantoja, Amado Pantoja, and Maria de Lourdes Vera*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja**,<br><br>                          Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO, a municipal corporation, JEFFREY MCCOMBER, an individual, JEFFREY LYNCH, an individual, LORI GRIFFIN, an individual, CSP Officer CAVANAUGH, CSP Officer NGUYEN, and DOES 1-50, inclusive in their official and personal/individual capacities**,<br><br>                          Defendants. | Case No. 2:24-cv-01709-JDP<br><br>**NOTICE OF SETTLEMENT**<br><br>**[L.R. 160(a)]** |

Pursuant to Local Rule 160(a), Plaintiffs Estate of John Pantoja, by and through its successors-in-interest Amado Pantoja and Maria De Lourdes Vera, Amado Pantoja, individually, and Maria De Lourdes Vera, individually, and Defendants California Department of Corrections and Rehabilitation, J. Lynch, C. Cavanaugh, T. Nguyen, and J. Macomber jointly notify the Court that the parties have resolved this case in its entirety.  The parties are currently working to effectuate the settlement documents.  These will include a stipulated dismissal of the action with prejudice, which will be filed with the Court once the settlement funds have been distributed, which could take up to 180 days.

Dated: 12/22/2025

/s/ Emily Howe
Emily Howe
Attorneys for Plaintiffs
*Estate of John Pantoja, Amado Pantoja, and Maria de Lourdes Vera*

Dated: 12/22/2025

/s/ Jacqueline Kallberg
Jacqueline Kallberg
Deputy Attorney General
California Attorney General's Office
Attorneys for Defendants
*California Department of Corrections and Rehabilitation, J. Lynch, C. Cavanaugh, T. Nguyen, and J. Macomber*

SA2024304380
85497376

# CERTIFICATE OF SERVICE

Case Name: **Estate of John Pantoja v. CDCR, et al.**　　No. **2:24-cv-01709-JDP**

I hereby certify that on <u>December 22, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF SETTLEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 22, 2025</u>, at San Diego, California.

S. Garcia
Declarant

*S. Garcia*
Signature

SA2024304380
85500070.docx