IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually and as successor in interest, to John Pantoja,**<br><br>Plaintiff,<br><br>**v.**<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, CALIFORNIA STATE PRISON SACRAMENTO et al.**<br><br>Defendants. | Case No. 2:24-cv-01709-JDP<br><br>**~~[PROPOSED]~~ ORDER RE: CONTINUE TO STAY CASE**<br><br>Judge: Hon. Jeremy D. Peterson<br>Trial Date: Not Set<br>Action Filed: June 16, 2024 |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Court having found good cause and based upon the stipulation of the parties:

1. The parties' Joint Stipulation is GRANTED.
2. This action is STAYED pending distribution of the settlement funds and the filing of dispositional documents.
3. The deadline for the parties to file dispositional documents is CONTINUED up to and including November 30, 2026.

IT IS SO ORDERED.

Dated: August 5, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE