UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF JOHN PANTOJA, by and through its successors-in-interest AMADO PANTOJA, individually and as successor in interest, MARIA DE LOURDES VERA, individually, and as successor in interest, to John Pantoja,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>Defendants. | Case No. 2:24-cv-1709-JDP (P)<br><br>ORDER |

On September 25, 2026, the parties filed a notice of voluntary dismissal signed by counsel for plaintiffs and defendants. ECF No. 44 at 2. Therein, the parties represent that they have resolved the case in its entirety and now stipulate to the dismissal of this action with prejudice (including as to any unserved defendants). *Id.* The parties have also agreed that each shall bear its own litigation costs and attorney's fees. *Id.*

Accordingly, it is ORDERED that, pursuant to the notice, ECF No. 44, this action is DISMISSED with prejudice. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: September 28, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE